ORIGINAL

FILED
JUN 17 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROSANNA MESTETH

v.

THE UNITED STATES

No. 08-449 C T

1. I am filing a complaint against IRS. Enclosing are letters sent to me from the IRS from Kansas City, Missouri 64999 and Atlanta, GA 39901-0025. In March, 2007, the Kansas City IRS, called and said the years 2000-2002, taxes were all in the uncollectible status, it will forever be in the uncollectible status, to contact my congressman, so he or she would see to it that they do not add interests and penalties. It would always be in the uncollectible status unless I win a lottery at sometime.

2. The IRS are not right, they're wrong. However, later on I received a letter from the IRS of Atlanta, GA 39901-0025. They stated the amount due is 13,841.66. The only income I have ever received is my disability income. I sent them the letter that states my disability income is non-taxable under IRS code section 104(a)(1). This letter is included.

3. The Atlanta, GA IRS sent me a letter stating they sent my letter to Kansas City, Missouri IRS. I received a letter today from the Kansas City, Missouri IRS stating they added penalties and interest to April 3, 2008, in the amount of $19,380.62. They are all doing this after all of what was being told to me over the telephone March 2007 that they were all in uncollectible status, unless I win a lottery.

4. The only income I ever received is my disability income from Los Angeles County, CA. The Los Angeles County Employees Retirements Association states my allowance is non-taxable, under IRS code section 104(a) (1). This letter is included.

5. I am medically disabled retired. I am on fixed incomes, monthly only. This is my only income. The IRS booklet, what you should know about, the collection process publications 594, page 10, states some properties cannot be levied or seized, including on arrow seven it states certain services connected to disability payments cannot be levied or seized.

6. The IRS do not know how badly, emotionally this has caused me. I am 62 yrs. Old. I never even drove a car in my entire life. This is how very hard my life has been. Peoples really don't know how I feel medically disabled widow. I cry at times.

7. I attended mental health doctors, enclosing are letters from the mental health doctors. I have type 2 diabetes. I've had my left kidney removed due to cancer. I always have on going doctors appointments every 6 months. They're checking for cancer inside my body. I had a right side Thyroidectomy. I take medications for all of my illnesses. How would all of you peoples like being like me, poor, ill health, and disabled. I do not feel well.

8. How does the IRS think I am going to live and survive on this entire earth. Everything is all to very, very expensive. The people that sends me my disability checks are saying my monthly income are not taxable at all. So I am writing today to inform the IRS so they can understand.

9. The entire damages will all be determined by the courts with daily interests for me. The pains and all the sufferings they all have caused. The IRS has to pay me for my entire life here on this earth, with daily interests and taxes paid. I will work with the judge by mails and telephones.

10. Enclosing is my 2007, amended, U.S. Individual Income Tax Return.

11. Can you send me, my $600.00 Economic Stimulus Payment to me?

12. I am filing this Case, Pro Se.

Sincerely,

Rosanna Y. Mesteth
497 James Billie Rd.
Philadelphia, MS 39350
601-656-2087
SSN 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
March 25, 2008

LACERA Los Angeles County Employees Retirement Association
300 N. Lake Ave., Pasadena, CA 91101 / PO Box 7060, Pasadena, CA 91109-7060 / www.lacera.com / 626/564-6132 • 800/786-6464

August 25, 2006

ROSANNA Y MESTETH 241
497 JAMES BILLIE RD
CHOCTAW MS 39350-4268

**FYI: Your Service-Connected Disability (SCD) Retirement Allowance is Non-Taxable**

Dear ROSANNA Y MESTETH:

You'll be pleased to know **your LACERA SCD allowance qualifies as fully non-taxable** under Internal Revenue Code Section 104(a)(1).

Section 104(a)(1) provides that an amount equal to 50 percent of your final compensation may be excludable from your gross income for federal tax purposes. The amount of any cost-of-living adjustment (COLA) attributable to that amount is also excludable. (A "Heart Presumption" SCD is ineligible for any special tax exclusions.)

As we have previously communicated to you, to comply with IRS regulations, LACERA has changed the way it reports retirement income. These changes in tax reporting took effect with your June 30, 2006 allowance.

LACERA now possesses the technology to calculate the "Taxable Amounts" on SCDs, and identify them accordingly in the Total Taxable YTD category on your check stub or automatic deposit receipt (ADR).

These changes will also be reflected on your 2006 Form 1099-R; the zero taxable amount will appear in Box 2a. In the past, we reported SCD income on 1099-Rs as "Taxable Amount Not Determined."

Keep in mind, you may be required to file a tax return even if you do not owe any taxes. **LACERA cannot offer tax or legal advice. Consult with your professional tax advisor regarding the correct tax withholding and tax filing for your individual circumstances.**

If you have any questions, call 1-800-786-6464 to speak with a LACERA Retirement Benefits Specialist.

SCD Tax Reporting. 50% (8/06)

LACERA Los Angeles County Employees Retirement Association
300 N. Lake Ave., Pasadena, CA 91101 / PO Box 7060, Pasadena, CA 91109-7060 / www.lacera.com / 626/564-6132 • 800/786-6464

August 14, 2007

Rosanna Y. Mesteth
497 James Billie Road
Philadelphia, MS 39350

Dear Ms. Mesteth:

This letter is in response to your request received on June 21, 2007, verifying your service retirement date, amount of first service retirement check and the date of you're your Service-Connected Disability and the new amount of your monthly benefit with the Los Angeles County Employees Retirement Association (LACERA).

According to our records, your approved Service Retirement with LACERA was granted as of December 18, 1995, and the gross amount of your first retirement check was $175.31.

You were granted a Service-Connected Retirement with LACERA as of July 5, 2000, retroactively to April 5, 1991. Your adjusted monthly gross retirement allowance became $950.65.

If you have any questions, please call the Member Services Division at (800) 786-6464. Please visit the LACERA website at www.lacera.com for retirement benefit information.

Sincerely,

Valery Ptacek

Valery Ptacek
Retirement Benefits Specialist
Member Services Division

IRS Department of the Treasury
Internal Revenue Service

Atlanta Service Center
ATLANTA GA 39901-0030

In reply refer to: 0765426478
Feb. 21, 2008 LTR 86C E0
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 200012 30 000 0
00000831
BODC: WI

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

023261

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 2000

Form: 1040

Dear Taxpayer:

Thank you for your correspondence of Jan. 17, 2008.

We're sending your letter to our office at the address shown at the end of this letter, since they are now responsible for collecting the amount you owe on your account.

That office will contact you within 45 days.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include a copy of this letter with your response. Use the space below to indicate a telephone number and the best time for us to call you should we need more information. Keep a copy of this letter and any information that you send to us for your records.

Telephone Number (    )______________________ Hours______________

A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

IRS Department of the Treasury
Internal Revenue Service
PO BOX 219236,Stop 5050
Kansas City MO 64121

In reply refer to: 0976427371
Mar. 12, 2008 LTR 3064C E0
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 200012 30 000 0
00020004
BODC: WI

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 2000 Dec. 31, 2001
Dec. 31, 2002

Form: 1040

Dear Taxpayer:

Thank you for your response of Jan. 08, 2008, to our inquiry to resolve your account with the IRS.

We reviewed your tax account for the above tax period(s) and found that we need additional information. Thank you for your prompt attention to this matter.

The income information we have on file shows you work for VPA Client Services, Inc. and you receive miscellaneous income from, Mississippi Band of Choctaw Indians, plus your disability retirement income. If this information is incorrect, you will need to notify the Internal Revenue Service immediately.

The financial information we have on file for you is over one year old. If you cannot pay what you owe and are unable to make payments at this time, you will need to complete a new Form 433-F, Collection Information Statement, and return it with all the required documentation.

The current amount you owe for the tax period(s) shown above is $19,380.62, which includes penalty and interest figured to Apr. 03, 2008. We will continue to charge penalties and interest until you pay your account in full.

We've provided a general explanation of the possible penalties and/or interest included in the current balance due on your account. If you would like a specific explanation of how the amounts were computed on your account, please contact us at the toll-free number shown in this letter and we will send you a detailed computation.

** Paying Late -- IRC Section 6651(d) **

Initially, the penalty is 1/2% of the unpaid tax for each month

0976427371
Mar. 12, 2008 LTR 3064C E0
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 200012 30 000 0
00020005

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

or part of a month the tax isn't paid.

If we issue a Notice of Intent to Levy and the balance due isn't paid within 10 days from the date of the notice, the penalty increases to 1% a month.

The penalty can't be more than 25% of the tax paid late.

** Filing and Paying Late -- IRC Section 6651 **

We charge a 5% combined penalty of 4 1/2% for filing late and 1/2% for paying late when a return is filed late and the tax is not paid by the due date of the return. The combined penalty is 5% of the unpaid tax for each month or part of a month the return is late, but not more than 5 months, which would total 25% (22 1/2% late filing and 2 1/2% late paying).

In addition to the 22 1/2% late filing penalty for the first 5 months a return is late, we continue to charge the 1/2% late paying penalty for each month or part of a month for as long as the tax is unpaid, but not for more than 25%.

The maximum penalty we can charge is 47 1/2% (22 1/2% late filing plus 25% late paying).

** Partnership Late Filing -- IRC Section 6698(b) **

The penalty for late filing of a partnership return is $50 for each person who was a partner at any time during the year, for each month or part of a month the return was filed late, for up to 5 months.

** Interest -- IRC Section 6601 **

We charge interest when tax is not paid on time. We figure interest from the due date of the return (regardless of extensions) to the date we receive full payment or the date of the notice.

If we do not receive your response by Apr. 03, 2008, the law allows us to take collection action, which may include seizing your wages, property or other income through the issuance of levies. We may also file a Notice of Federal Tax Lien.

If you have any questions, please call us toll free at 1-800-829-7650.

0976427371
Mar. 12, 2008 LTR 3064C E0
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 200012 30 000 0
00020006

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )____________________ Hours________________

A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

Sincerely yours,

Debra K. Hurst

DEBRA K HURST
OPERATIONS MGR., COLLECTION SUPPORT

Enclosure(s):
Copy of this letter
Envelope
Form 433-F

# Excerpts from the Internal Revenue Code

**Sec. 6331. Levy and Distraint.**

(b) **Seizure and Sale of Property.**-- The term "levy" as used in this title includes the power of distraint and seizure by any means. Except as otherwise provided in subsection (e), a levy shall extend only to property possessed and obligations existing at the time thereof. In any case in which the Secretary may levy upon property or rights to property, he may seize and sell such property or rights to property *(whether real or personal, tangible or intangible)*.

(c) **Successive Seizures.**-- Whenever any property or rights to property upon which levy has been made by virtue of subsection (a) is not sufficient to satisfy the claim of the United States for which levy is made, the Secretary may, thereafter, and as often as may be necessary, proceed to levy in the like manner upon any other property liable to levy of the person against whom such claim exists, until the amount due from him, together with all expenses, is fully paid.

(e) **Continuing Levy on Salary and Wages.**-- The effect of a levy on salary or wages payable to or received by a taxpayer shall be continuous from the date such levy is first made until such levy is released under Section 6343.

**Sec. 6332. Surrender of Property Subject to Levy.**

(a) **Requirement.**-- Except as otherwise provided in subsections (b) and (c), any person in possession of (or obligated with respect to) property or rights to property subject to levy upon which a levy has been made shall, upon demand of the Secretary, surrender such property or rights (or discharge such obligation) to the Secretary, except such part of the property or rights as is, at the time of such demand, subject to an attachment or execution under any judicial process.

(d) **Enforcement of Levy.**

(1) **Extent of personal liability.**-- Any person who fails or refuses to surrender any property or rights to property, subject to levy, upon demand by the Secretary, shall be liable in his own person and estate to the United States in a sum equal to the value of the property or rights not so surrendered, but not exceeding the amount of taxes for the collection of which such levy has been made, together with costs and interest on such sum at the underpayment rate established under section 6621 from the date of such levy *(or, in the case of a levy described in section 6331 (d)(3), from the date such person would otherwise have been obligated to pay over such amounts to the taxpayer)*. Any amount *(other than costs)* recovered under this paragraph shall be credited against the tax liability for the collection of which such levy was made.

(2) **Penalty for violation.**-- In addition to the personal liability imposed by paragraph (1), if any person required to surrender property or rights to property fails or refuses to surrender such property without reasonable cause, such person shall be liable for a penalty equal to 50 percent of the amount recoverable under paragraph (1). No part of such penalty shall be credited against the tax liability for the collection of which such levy was made.

(e) **Effect of honoring levy.**-- Any person in possession of (or obligated with respect to) property or rights to property subject to levy upon which a levy has been made who, upon demand by the Secretary, surrenders such property or rights to property *(or discharges such obligation)* to the Secretary *(or who pays a liability under subsection (d)(1))* shall be discharged from any obligation or liability to the delinquent taxpayer and any other person with respect to such property or rights to property arising from such surrender or payment.

**Sec. 6333. Production of Books.**

If a levy has been made or is about to be made on any property, or right to property, any person having custody or control of any books or records, containing evidence or statements relating to the property or right to property subject to levy, shall, upon demand of the Secretary, exhibit such books or records to the Secretary.

**Sec. 6334. Property Exempt From Levy.**

(a) **Enumeration.**-- There shall be exempt from levy

(4) **Unemployment benefits.**-- Any amount payable to an individual with respect to his unemployment *(including any portion thereof payable with respect to dependents)* under an unemployment compensation law of the United States, of any State, or of the District of Columbia or the Commonwealth of Puerto Rico.

(6) **Certain annuity and pension payments.**-- Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor Roll (38 U.S.C. 562), and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code.

(7) **Workmen's compensation.**-- Any amount payable to an individual as workmen's compensation *(including any portion thereof payable with respect to dependents)* under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

(8) **Judgments for support of minor children.**-- If the taxpayer is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

(9) **Minimum exemption for wages, salary, and other income.** -- Any amount payable to or received by an individual as wages or salary for personal services or as income derived from other sources, during any period, to the extent that the total of such amounts payable to or received by him during such period does not exceed the applicable exempt amount determined under subsection (d).

X (10) **Certain service connected disability payments.**-- Any amount payable to an individual as a service-connected (within the meaning of section 101 (16) of title 38, United States Code), disability benefit under--

(A) subchapter II, III, IV, V or VI of chapter 11 of such title 38, or

(B) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such title 38.

(11) **Certain Public Assistance Payments.**-- Any amount payable to an individual as a recipient of public assistance under--

(A) title IV (relating to aid to families with dependent children.) or title XVI (relating to supplemental security income for the aged, blind, and disabled.) of the Social Security Act, or

(B) State or local government public assistance or public welfare programs for which eligibility is determined by a needs or income test

(12) **Assistance Under Job Training Partnership Act.**-- Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

(d) **Exempt Amount of Wages, Salary, or Other income--**

(1) **Individuals on weekly basis.**-- In the case of an individual who is paid or receives all of his wages, salary, and other income on a weekly basis, the amount of the wages, salary, and other income payable to or received by him during any week which is exempt from levy under subsection (a)(9) shall be the exempt amount.

(2) **Exempt Amount.**-- For purposes of paragraph (1), the term "exempt amount" means an amount equal to--

(A) The sum of--

(I) the standard deduction, and

(II) the aggregate amount of the deductions for personal exemptions allowed the taxpayer under section 151 in the taxable year in which such levy occurs, divided by

(B) 52.

Unless the taxpayer submits to the Secretary a written and properly verified statement specifying the facts necessary to determine the proper amount under subparagraph (A), subparagraph (A) shall be applied as if the taxpayer were a married individual filing a separate return with only 1 personal exemption.

(3) **Individuals on basis other than weekly.**-- in case of any individual not described in paragraph (1), the amount of the wages, salary, and other income payable to or received by him during any applicable pay period or other fiscal period *(as determined under such regulations prescribed by the Secretary)* which is exempt from levy under subsection (a)(9) shall be an amount *(determined under such regulations)* which as nearly as possible will result in the same total exemption from levy for such individual over a period of time as he would have under paragraph (1) if *(during such period of time)* he were paid or received such wages, salary and other income on a regular weekly basis.

**Sec. 6343. Authority to Release Levy and Return Property.**

(a) Release of Levy and Notice of Release.--

(1) **In General.**-- Under regulations prescribed by the Secretary, the Secretary shall release the levy upon all, or part of, the property or rights to property levied upon and shall promptly notify the person upon whom such levy was made (if any) that such levy has been released if--

(A) the liability for which such levy was made is satisfied or becomes unenforceable by reason of lapse of time,

(B) release of such levy will facilitate the collection of such liability,

(C) the taxpayer has entered into an agreement under section 6159 to satisfy such liability by means of installment payments, unless such agreement provides otherwise,

(D) the Secretary has determined that such levy is creating an economic hardship due to the financial condition of the taxpayer, or

(E) the fair market value of the property exceeds such liability and release of the levy on a part of such property could be made without hindering the collection of such liability.

For purposes of subparagraph (C), the Secretary is not required to release such levy if such release would jeopardize the secured creditor status of the Secretary.

(2) **Expedited Determination on Certain Business property.**-- In the case of any tangible personal property essential in carrying on the trade or business of the taxpayer, the Secretary shall provide for an expedited determination under paragraph (1) if levy on such tangible personal property would prevent the taxpayer from carrying on such trade or business.

(3) **Subsequent Levy.**-- The release of levy on any property under paragraph (1) shall not prevent any subsequent levy on such property.

(b) **Return of Property.**-- If the Secretary determines that property has been wrongfully levied upon, it shall be lawful for the Secretary to return--

(1) The specific property levied upon,

(2) an amount of money equal to the amount of money levied upon, or

(3) an amount of money equal to the amount of money received by the United States from a sale of such property.

Property may be returned at any time. An amount equal to the amount of money levied upon or received from such sale may be returned at any time before the expiration of 9 months from the date of such levy. For purposes of paragraph (3), if property is declared purchased by the United States at a sale pursuant to section 6335(e)(relating to manner and conditions of sale), the United States shall be treated as having received an amount of money equal to the minimum price determined pursuant to such section or (if larger) the amount received by the United States from the resale of such property.

(d) RETURN OF PROPERTY IN CERTAIN CASES.--IF--

(1) any property has been levied upon, and

(2) the Secretry determines that--

(A) the levy on such property was premature or otherwise not in accordance with the administrative procedures of the Secretary,

(B) the taxpayer has entered into an agreement under section 6159 to satisfy the tax liability for which the levy was imposed by means of installment payments, unless such agreement provides otherwise,

(C) the return of such property will facilitate the collection of the tax liability, or

(D) with the consent of the taxpayer or the Taxpayer Advocate, the return of such property would be in the best interests of the taxpayer (as determined by the Taxpayer Advocate) and the United States,

the provisions of subsection (b) shall apply in the same manner as if such property had been wrongly levied upon, except that no interest shall be allowed.

**IRS Mission:**

Provide America's taxpayers top quality service by helping them understand and meet their tax responsibilities and by applying the tax law with integrity and fairness to all.

## What You Should Know About

# The IRS Collection Process

*Keep this publication for future reference* **Publication 594**

**If our records show that you owe us, we send this publication with your final bill. If you owe the tax shown on the bill we sent to you, please arrange to pay it immediately. If you believe the bill is incorrect, call us now so that we may correct the mistake. We urge you to settle your tax account now so that we don't have to take any further action to collect the taxes you owe.**

This publication tells you the steps the Internal Revenue Service (IRS) may take to collect overdue taxes. **This publication includes a summary of your rights and responsibilities concerning paying your federal taxes.**

Inside you will find a number of titles of IRS forms and publications that apply to the various situations discussed. For a complete list of these documents, see page 12. For copies of these documents, please call us, write to us, visit your local library or IRS office, or contact us at our web site. See the next page for the contact information that you'll need. Please contact us right away; we will work with you to solve your tax problem.

Please note that the information in this document applies to all taxpayers — for example, individuals who owe income tax and employers who owe employment tax. At the end of this publication, we've included a separate section for special rules that apply to employers only.

This document is for information only. Although it discusses the legal authority that allows the IRS to collect taxes, Publication 594 is not a precise and technical analysis of the law.

IRS

Department of the Treasury
Internal Revenue Service
www.irs.gov
Publication 594 (Rev. 1-2006)
Catalog Number 46596B

**en español**

Existe una versión de esta publicación en español, la Publicación 594SP, que puede obtener en la oficina local del Servicio de Impuestos Internos.

### *Releasing your property*

Before the sale date, we may release the property if:

- You pay the amount of the government's interest in the property,
- You enter into an escrow arrangement,
- You furnish an acceptable bond,
- You make an acceptable agreement for paying the tax, or
- The expense of selling your property would be greater than the Government's interest in the property.

### *Returning levied property*

If you request the return of levied property within nine months from the date of the levy, we can consider returning the property if:

- We levy before we send you the two required notices or before your time for responding to them has passed (ten days for the *Notice and Demand*; 30 days for the *Notice of Intent to Levy* and the *Notice of Right to Hearing*),
- We did not follow our own procedures,
- We agree to let you pay in installments, but we still levy, and the agreement does not say that we can do so,
- Returning the property will help you pay your taxes, or
- Returning the property is in both your best interests (as determined by the National Taxpayer Advocate) and the government's best interest.

### *Selling your property*

We will post a public notice of a pending sale, usually in local newspapers or flyers. We will deliver the original notice of sale to you or send it to you by certified mail.

After placing the notice, we must wait at least ten days before conducting the sale, unless the property is perishable and must be sold immediately.

Before the sale, we will compute a *minimum bid price*. This bid is usually 80% or more of the forced sale value of the property, after subtracting any liens.

If you disagree with this price, you can appeal it. Ask that the price be computed again by either an IRS or private appraiser.

You may also ask that we sell the seized property within 60 days. For information about how to do so, call the IRS employee who made the seizure. We will grant your request, unless it is in the government's best interest to hold the property for a later sale. We will send you a letter telling you of our decision on your request. After the sale, we first use the proceeds to pay the expenses of the levy and sale.

Then we use any remaining amount to pay the tax bill.

- ***If the proceeds of the sale are less than the total of the tax bill and the expenses of levy and sale***, you will still have to pay the unpaid tax.
- ***If the proceeds of the sale are more than the total of the tax bill and the expenses of the levy and sale***, we will notify you about the surplus money and will tell you how to ask for a refund. However, if someone, such as a mortgagee or other lienholder, makes a claim that is superior to yours, we will pay that claim before we refund any money to you.

### *Redeeming your real estate*

You (or anyone with an interest in the property) may redeem your real estate within 180 days after the sale. You must pay the purchaser the amount paid for the property, plus interest at 20% annually.

### *Some property cannot be levied or seized*

By law, some property cannot be levied or seized. We may not seize any of your property unless we have determined that we expect there to be net proceeds to apply to the liability. In addition, we may not seize or levy your property on the day you attend a collection interview because of a summons.

Other items we may not levy or seize include:

- School books and certain clothing,
- Fuel, provisions, furniture, and personal effects for a household totaling $7,200,*
- Books and tools you use in your trade, business, or profession, totaling $3,600,*
- Unemployment benefits,
- Undelivered mail,
- Certain annuity and pension benefits,
- Certain service-connected disability payments,
- Workmen's compensation,
- Salary, wages, or income included in a judgment for court-ordered child support payments,
- Certain public assistance payments, or
- A minimum weekly exemption for wages, salary, and other income.

Use Publication 1494, *Table of Figuring Amount Exempt from Levy on Wages, Salary and Other Income* (Forms 668-W(c)(DO) and 668-W(c)), to determine the amount of earned income exempt from levy.

*These amounts are indexed annually for inflation (these amounts are for calendar year 2005).

0053849 200012 WI

IRS Department of the Treasury
Internal Revenue Service
ATLANTA, GA 39901-0025

Notice Number: CP 504
Notice Date: 12-31-2007

SSN/EIN: 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
Caller ID: 017010

7105 5678 7186 5140 6814

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

*425922554101*

090154

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 1040 | Tax Period: 12-31-2000

| | |
|---|---|
| **Current Balance:** | $13,841.66 |
| Includes: | |
| Penalty: | $931.82 |
| Interest: | $2,795.16 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? Call us at **1-800-829-0922**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 12-31-2007

*write on your check:*

| | | |
|---|---|---|
| 1040 | 12-31-2000 | 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 |

Amount Due: $13,841.66

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Internal Revenue Service
ATLANTA, GA 39901-0025

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

425922554 KO MEST 30 0 200012 670 00001384166

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
MEST

# Penalty and Interest

About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

090154

## Penalty: $931.82

### 07 Paying Late

### IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you disagree with this penalty, see "Removal of Penalties" in this notice.

### Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

### Reasonable Cause

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation. After we review your explanation, we will notify you of our decision. In some cases, we may ask you to pay the tax in full before we remove or reduce the penalty for paying late.

### Erroneous Advice from IRS

We will remove your penalty if all of the following apply:

1. You asked IRS for advice on a specific issue,
2. You gave IRS complete and accurate information,
3. You received advice from IRS,
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement*; and (2) send it to the IRS Service Center where you filed your return.

**Interest:** $2,795.16

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

0132 2012 WI

IRS Department of the Treasury
Internal Revenue Service
ATLANTA, GA 39901-0025

Notice Number: CP 504
Notice Date: 08-06-2007

SSN/EIN: 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
Caller ID: 017010

7105 5678 7186 4646 6595

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

*425922554101*

048121

# Urgent !!

**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

Form: 1040 | Tax Period: 12-31-2000

| | |
|---|---|
| **Current Balance:** | $13,432.39 |
| Includes: | |
| Penalty: | $931.82 |
| Interest: | $2,385.89 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? Call us at **1-800-829-0922**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 08-06-2007

*write on your check:*

| 1040 | 12-31-2000 | 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 |
|---|---|---|

Amount Due: $13,432.39

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Internal Revenue Service
ATLANTA, GA 39901-0025

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

425922554 KO MEST 30 0 200012 670 00001343239

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
MEST

# Penalty and Interest

About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

C48121

## Penalty: $931.82

### 07 Paying Late

### IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you disagree with this penalty, see "Removal of Penalties" in this notice.

### Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

### Reasonable Cause

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation. After we review your explanation, we will notify you of our decision. In some cases, we may ask you to pay the tax in full before we remove or reduce the penalty for paying late.

### Erroneous Advice from IRS

We will remove your penalty if all of the following apply:

1. You asked IRS for advice on a specific issue,
2. You gave IRS complete and accurate information,
3. You received advice from IRS,
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement*; and (2) send it to the IRS Service Center where you filed your return.

## Interest: $2,385.89

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

Department of the Treasury
Internal Revenue Service
Atlanta, GA 39901-0010

For assistance, call:
1-800-829-0922
**Your Caller ID:** 017010

**Notice Number:** CP21A
**Date:** July 2, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040
**Tax Year:** December 31, 2000

007128.396398.0042.001 1 AT 0.334 760

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

007128

| Amount You Owe as of July 23, 2007 |
|---|
| **$13,336.87** |

## We Changed Your Account

**18221-293-77521-2**

*We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.*

## Why You Received This Notice

We changed your 2000 account to correct your penalty due to reasonable cause (interest is charged on any unpaid tax and may not be removed for reasonable cause).

Our action is the result of your inquiry of June 11, 2007.

## How We Changed Your Account

We changed your account as follows:

| | | |
|---|---|---|
| **Account balance before this change** | **$14,423.40** | **Due** |
| The Filing Late penalty previously charged was reduced | $2,485.80 | CR |
| The Late Payment penalty previously charged was reduced | $891.10 | CR |
| Interest charged | $2,290.37 | |
| **Amount you now owe** | **$13,336.87** | |

### How This Affects You

Please pay the full amount by July 23, 2007 to avoid additional penalty and interest. When making your payment:

- Make your check or money order payable to the **United States Treasury**
- Write the Social Security number and tax year shown at the top of this notice on the check or money order
- Use the payment coupon included with this notice

If you cannot pay the balance in full, contact an IRS representative at 1-800-829-0922 to discuss payment options. If you've recently contacted us to include this amount in an installment agreement or have already paid it in full, disregard this payment request.

## Other Actions You May Wish To Take

If you do not agree with the changes to your account or if you have questions about this notice, you may call 1-800-829-0922.

Retain a copy of this notice with your federal tax records.

For tax forms, instructions and information visit **www.irs.gov**. Access to this site will not provide you with any taxpayer account information.

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Interest:

### 09 Interest

We charged interest because you did not pay your tax on time. We multiplied the factor times the principal. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay your tax in full. The interest rate is variable and may change quarterly. We charge interest on all penalties except estimated tax penalties.

*(Internal Revenue Code section 6601)*

The table below shows how we figured your interest. It may include amounts charged before the Adjustment. We multiplied the factor times the principal.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 04/15/2001 | 06/30/2001 | 76 | 8.0% | 0.016795189 | 11048.00 | 185.55 |
| 06/30/2001 | 12/31/2001 | 184 | 7.0% | 0.035914165 | 11233.55 | 403.44 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 11636.99 | 351.41 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 11988.40 | 368.12 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 12356.52 | 310.18 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 12666.70 | 160.63 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 12827.33 | 129.97 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 12957.30 | 129.50 |
| 03/31/2004 | 04/05/2004 | 5 | 5.0% | 0.000683247 | 13086.80 | 8.94 |
| 04/05/2004 | 06/30/2004 | 86 | 5.0% | 0.011817108 | 12611.74 | 149.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 12760.77 | 128.95 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 12889.72 | 163.01 |
| 12/31/2004 | 02/28/2005 | 59 | 5.0% | 0.008114383 | 13052.73 | 105.91 |
| 02/28/2005 | 03/31/2005 | 31 | 5.0% | 0.004255313 | 10554.64 | 44.91 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 10599.55 | 323.68 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 10923.23 | 194.42 |
| 12/31/2005 | 04/15/2006 | 105 | 7.0% | 0.020339133 | 11117.65 | 226.12 |
| 04/15/2006 | 06/30/2006 | 76 | 7.0% | 0.014680663 | 11280.77 | 165.61 |
| 06/30/2006 | 12/31/2006 | 184 | 8.0% | 0.041148414 | 11446.38 | 471.00 |
| 12/31/2006 | 06/30/2007 | 181 | 8.0% | 0.040464123 | 11917.38 | 482.23 |
| 06/30/2007 | 07/02/2007 | 2 | 8.0% | 0.000438404 | 12399.61 | 5.44 |
| | | | | Total Interest: | | 4508.05 |

007128

* Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number: ( ) -　　Best Time to Call: ___ AM ___ PM

71,647　　55,815　　0

**Amount you owe: $13,336.87**

- You will avoid additional penalties and/or interest if we receive your full payment by **July 23, 2007**

☐ **Amount enclosed: $______**

- Make payable to United States Treasury
- Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

WI　200725　0130　19254-564-06399-7

21A Internal Revenue Service
Atlanta, GA 39901-0010

ROSANNA Y MESTETH
497 JAMES BILLIE RD
PHILADELPHIA MS 39350-4268974

425922554 KO MEST 30 0 200012 670 00001333687

Form **1040X** (Rev. November 2001)

Department of the Treasury -- Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2001 , or fiscal year ended ▶

PLEASE PRINT OR TYPE

| Your first name and initial | Last name | Your social security no. |
|---|---|---|
| ROSANNA | MESTETH | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's SSN |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 497 JAMES BILLIE RD | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see the instructions. Philadelphia MS 39350- | | For Paperwork Reduction Act Notice, see inst. |

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

C Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☒ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☒ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

## Use Part II on Page 2 to Explain any Changes

| Income and Deductions (see instructions) | | A. Original amount or as previously adjusted (see inst.) | B. Net change -- amt. of increase or (decrease) -- explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see instructions) | 1 | 22,635. | | 22,635. |
| 2 Itemized deductions or standard deduction (see instructions) | 2 | 4,550. | 2,100. | 6,650. |
| 3 Subtract line 2 from line 1 | 3 | 18,085. | (2,100.) | 15,985. |
| 4 Exemptions. If changing, fill in Parts I and II on page 2 | 4 | 2,900. | 2,900. | 5,800. |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 15,185. | (5,000.) | 10,185. |
| **TAX LIABILITY** 6 Tax (see instructions). Method used in col. C TABLES | 6 | 2,276. | (750.) | 1,526. |
| 7 Credits (see instructions) | 7 | 300. | 200. | 500. |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,976. | (950.) | 1,026. |
| 9 Other taxes (see instructions) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 1,976. | (950.) | 1,026. |
| **PAYMENTS** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see instructions) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 1,976. |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,976. |

## Refund or Amount You Owe

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 Subtract line 19 from line 18 (see instructions) | 20 | 1,976. |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see instructions | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 950. |
| 23 Amount of line 22 you want **refunded to you** | 23 | 950. |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Rosanna Mesteth (signature) 04/13/2005
Your signature Date

▶ Spouse's signature. If a joint return, **both** must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), addr. and ZIP code ▶ MBCI VITA 1344 | | EIN | |
| | | Phone no. 601-650-1756 | |

Form 1040X (Rev. 11-2001) ROSANNA MESTETH 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25-31.
If claiming **fewer exemptions,** complete lines 25-30.

| | | Line | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | 1 | | 1 |
| 26 | Your dependent children who lived with you | 26 | | | 1 |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | 1 | 1 | 2 |
| 30 | Multiply the number of exemptions claimed on line 29 by amount listed below for the tax year you are amending. Enter result here and on line 4. | 30 | 2,900. | 2,900. | 5,800. |

| Tax year | Exemption amount | But see the instructions for line 4 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

**31** Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) √ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| CHRISTOPHE MESTETH | 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 | SON | X |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on line 31 who:
- lived with you ▶ 1
- **did not** live with you due to divorce or separation (see inst.) ▶

Dependents on line 31 not entered above ▶

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from page 1 of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here ▶ ☐

LINE C - CHANGE FROM SINGLE TO HEAD OF HOUSEHOLD

LINE 31 -CHANGE FROM 0 DEPENDENTS TO 1 DEPENDENTS

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

FORM **1040X** (Rev. November 2002)

Department of the Treasury -- Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 2002 , or fiscal year ended ▶

PLEASE PRINT OR TYPE

| Your first name and initial | Last name | Your social security no. |
|---|---|---|
| ROSANNA | MESTETH | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's SSN |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 497 JAMES BILLIE RD | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see the instructions. Philadelphia MS 39350- | | For Paperwork Reduction Act Notice, see inst. |

**A** If the name or address shown above is different from that shown on the original return, check here ▶ ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

**C** Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing jointly ☐ Married filing separately ☒ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

**Use Part II on Page 2 to explain any changes**

| Income and Deductions (see instructions) | Line | A. Original amount or as previously adjusted (see inst.) | B. Net change -- amt. of increase or (decrease) -- explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see instructions) | 1 | 21,907. | | 21,907. |
| 2 Itemized deductions or standard deduction (see instructions) | 2 | 4,700. | 2,200. | 6,900. |
| 3 Subtract line 2 from line 1 | 3 | 17,207. | (2,200.) | 15,007. |
| 4 Exemptions. If changing, fill in Parts I and II on page 2 | 4 | 3,000. | 3,000. | 6,000. |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 14,207. | (5,200.) | 9,007. |
| **TAX LIABILITY** 6 Tax (see instructions). Method used in col. C TABLES | 6 | 1,834. | (931.) | 903. |
| 7 Credits (see instructions) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,834. | (931.) | 903. |
| 9 Other taxes (see instructions) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 1,834. | (931.) | 903. |
| **PAYMENTS** 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see instructions | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136 or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see instructions) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 1,834. |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,834. |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 Subtract line 19 from line 18 (see instructions) | 20 | | | 1,834. |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see instructions | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 931. |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | 931. |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Rosanna Mesteth 04/13/2005
Your signature Date

▶ Spouse's signature. If a joint return, **both** must sign Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ MCCI Vita 1344 | Date 04/13/2005 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. 601-650-1756 | |

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25-31.
If claiming **fewer exemptions,** complete lines 25-30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse | 25 | 1 | | 1 |
| **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 Your dependent children who lived with you | 26 | | 1 | 1 |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 Other dependents | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | 1 | 1 | 2 |
| 30 Multiply the number of exemptions claimed on line 29 by amount listed below for the tax year you are amending. Enter result here and on line 4. | 30 | 3,000. | 3,000. | 6,000. |

| Tax year | Exemption amount | But see the instructions for line 4 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) √ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| CHRISTOPHE MESTETH | 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 | SON | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on line 31 who:
- lived with you ▶ 1
- did not live with you due to divorce or separation (see inst.) ▶

Dependents on line 31 not entered above ▶

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from page 1 of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here ▶ ☐

LINE C - CHANGE FROM SINGLE TO HEAD OF HOUSEHOLD

LINE 31 CHANGE FROM 0 TO 1 DEPENDENT

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

Form **1040** Department of the Treasury- Internal Revenue Service
**U.S. Individual Income Tax Return** **2000** (99) IRS Use Only- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2000, or other tax year beginning , 2000, ending , 20 OMB No. 1545-0074

## Label

(See instructions on page 19.)
**Use the IRS label.** Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial: RoSANNA R.Y.M. | Last name: Mesteth | Your social security number: 425 92 2554 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 19.: 497 James Billie Rd. | Apt. no. | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.: Philadelphia, Mississippi 39350 | | |

**▲ Important! ▲** You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)
**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You: ☐ Yes ☒ No Spouse: ☐ Yes ☐ No

## Filing Status

Check only one box.

1 ☐ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☒ Qualifying widow(er) with dependent child (year spouse died ▶ 1983). (See page 19.)

## Exemptions

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b ☐ **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| Christopher Mesteth | 569 41 0383 | Son | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 20.

No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above: 1
Add numbers entered on lines above ▶ 2

d Total number of exemptions claimed

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use **Form 1040-V.**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 16,425 50 |
| 8a | **Taxable** interest. Attach Schedule B if required | 0 |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 0 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 0 |
| 11 | Alimony received | 0 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 0 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 0 |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 23) 15b | 0 |
| 16a | Total pensions and annuities 16a — b Taxable amount (see page 23) 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 0 |
| 18 | Farm income or (loss). Attach Schedule F | 0 |
| 19 | Unemployment compensation | 0 |
| 20a | Social security benefits 20a — b Taxable amount (see page 25) 20b | 0 |
| 21 | Other income. List type and amount (see page 25) | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 16,425 50 |

## Adjusted Gross Income

| Line | Description | Amount | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) | 0 | |
| 24 | Student loan interest deduction (see page 27) | 0 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 0 | |
| 26 | Moving expenses. Attach Form 3903 | 0 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 0 | |
| 28 | Self-employed health insurance deduction (see page 29) | 0 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 0 | |
| 30 | Penalty on early withdrawal of savings | 0 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 0 | |
| 32 | Add lines 23 through 31a | | 0 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | 16,425 50 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.** Cat. No. 11320B Form **1040** (2000)

## Tax and Credits

| Line | Description | Sub-box | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | | 16,425 50 |
| 35a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. **But** see page 31 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | 7350 00 |
| 37 | Subtract line 36 from line 34 | | 9075 50 |
| 38 | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | | 5600 00 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 3475 50 |
| 40 | **Tax** (see page 32). Check if any tax is from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | | 521 00 |
| 41 | Alternative minimum tax. Attach Form 6251 | | |
| 42 | Add lines 40 and 41 ▶ | | 521 00 |
| 43 | Foreign tax credit. Attach Form 1116 if required | 0 | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | 0 | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | 0 | |
| 46 | Education credits. Attach Form 8863 | 0 | |
| 47 | Child tax credit (see page 36) | 0 | |
| 48 | Adoption credit. Attach Form 8839 | 0 | |
| 49 | Other. Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) ______ | 0 | |
| 50 | Add lines 43 through 49. These are your **total credits** | | 0 |
| 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | | 521 00 |

**Standard Deduction for Most People**
Single: $4,400
Head of household: $6,450
Married filing jointly or Qualifying widow(er): $7,350
Married filing separately: $3,675

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 52 | Self-employment tax. Attach Schedule SE | 0 |
| 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 0 |
| 54 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 0 |
| 55 | Advance earned income credit payments from Form(s) W-2 | 0 |
| 56 | Household employment taxes. Attach Schedule H | 0 |
| 57 | Add lines 51 through 56. This is your **total tax** ▶ | 521 00 |

## Payments

| Line | Description | Sub-box | Amount |
|---|---|---|---|
| 58 | Federal income tax withheld from Forms W-2 and 1099 | 16,425 50 | |
| 59 | 2000 estimated tax payments and amount applied from 1999 return | 0 | |
| 60a | **Earned income credit (EIC)** | 0 | |
| b | Nontaxable earned income: amount ▶ ______ and type ▶ ______ | | |
| 61 | Excess social security and RRTA tax withheld (see page 50) | 0 | |
| 62 | Additional child tax credit. Attach Form 8812 | 0 | |
| 63 | Amount paid with request for extension to file (see page 50) | 0 | |
| 64 | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 0 | |
| 65 | Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ | | 16,425 50 |

If you have a qualifying child, attach Schedule EIC.

## Refund

| Line | Description | Amount |
|---|---|---|
| 66 | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | 15,904 50 |
| 67a | Amount of line 66 you want **refunded to you** ▶ | 15,904 50 |
| b | Routing number ______ ▶ **c** Type: ☐ Checking ☐ Savings | |
| d | Account number ______ | |
| 68 | Amount of line 66 you want **applied to your 2001 estimated tax** ▶ | |

Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d.

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 69 | If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe**. For details on how to pay, see page 51 ▶ | |
| 70 | Estimated tax penalty. Also include on line 69 | |

## Sign Here

Joint return? See page 19. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| Rosanna Mestetth | 10-9-2002 | Retired | (601) 656-2087 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | May the IRS discuss this return with the preparer shown below (see page 52)? ☐ Yes ☐ No |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) | |

CHOCTAW BEHAVIORAL HEALTH
DIVISION OF FAMILY AND COMMUNITY SERVICES
PHONE (601) 389-6291 / (601) 389-6261
FAX (601) 656-8554
MISSISSIPPI BAND OF CHOCTAW INDIANS
210 HOSPITAL CIRCLE
CHOCTAW, MS 39350

**To:** Whom It May Concern
**From:** Gregory Gordon, MD
**Subject:** Rosanna Mesteth
**Date:** September 20, 2006

Ms. Mesteth is currently being seen by me at Choctaw Behavioral Health. Her diagnosis is 295.70 Schizoaffective Disorder, Unspecified. She is compliant with her treatment and medications.
If I can be of further assistance, contact me at 601-389-6289.

Sincerely,

Gregory Gordon, MD
Psychiatry/Internal Medicine

CHOCTAW HEALTH CENTER
DIVISION OF BEHAVIORAL HEALTH
PHONE (601) 389-6291 / (601) 389-6261
FAX (601) 656-8554
MISSISSIPPI BAND OF CHOCTAW INDIANS
210 HOSPITAL CIRCLE
CHOCTAW, MS 39350

January 10, 2003

TO WHOM IT MAY CONCERN:

Roseanna Mesteth is presently under my care. She has a diagnosis of Schizo-affective disorder and is being treated with these medications. risperdal, zoloft, aricept, and buspar.

Ms. Mesteth also sees Saralyn Walker, LCSW on a monthly basis.

Sincerely,

Gregory Gordon, MD
Psychiatry/Internal Medicine

CHOCTAW HEALTH CENTER
DIVISION OF BEHAVIORAL HEALTH
PHONE (601) 389-6291 / (601) 389-6261
FAX (601) 656-8554
MISSISSIPPI BAND OF CHOCTAW INDIANS
210 HOSPITAL CIRCLE
CHOCTAW, MS 39350

To: Whom It May Concern

From: Gregory Gordon MD

Re: Rosanna Mesteth
DOB 9.18.45

Date: October 6, 2003

Ms. Mesteth has a chronic and permanent psychiatric condition. Schizo-affective Disorder to a reasonable medical certainty. She has been permanently and totally disabled since 3.22.88. She continues under my care on a regular and long term basis.

If you have any questions, please, contact me at 389-6289.

Sincerely,

Gregory Gordon, MD
Psychiatry/Internal Medicine

**UROLOGY CLINIC OF MERIDIAN, P.A.**
302 20th Avenue • P.O. Box 151
MERIDIAN, MISSISSIPPI 39302-0151
FED I.D. # 64-0515226 (601) 693-1055

ROBERT E. DILWORTH, M.D.
LICENSE# 07241 MEDICARE# 340000064
BC# 437689258 UPIN# B30063
MED.# 15013 DEA# AD6593962

MARK T. PHILLIPS, M.D.
LICENSE# 11068 MEDICARE# 340000108
BC# 417647236 UPIN# B29904
MED.# 0110336 DEA# BP0662759

ENCOUNTER NO. 0054363

| GUARANTOR NAME AND ADDRESS | PATIENT NO. | PATIENT NAME | DOCTOR | DATE |
|---|---|---|---|---|
| Rosanna York Mesteth<br>497 James Billie Rd.<br>Philadelphia, Ms. 39350 | 22392 | Rosanna York Mesteth | D | 10/25/07<br>1:45 P |

| AGE / DATE OF BIRTH | TELEPHONE NO. | INSURANCE DESCRIPTION | CERTIFICATE NUMBER | CO-PAY |
|---|---|---|---|---|
| 62<br>09/18/45 | (601) 656-2087 | Choctaw HO | 425922554 | |

| DIAGNOSIS | ICD9 | DIAGNOSIS | ICD9 | DIAGNOSIS | ICD9 |
|---|---|---|---|---|---|
| BPH/Prostate Nodule | 600.00 | Hematuria | 599.7 | Phimosis | 605 |
| Balanitis | 607.1 | Hemospermia | 608.83 | Prostatitis - Chronic | 601.1 |
| Balanitis Xerotica Obliterans | 607.81 | Hydrocele | 603.9 | Prostatitis - Acute | 601.0 |
| Bladder Laceration | 867.0 | Hydronephrosis | 591 | Pyelonephritis, Acute | 590.10 |
| Bladder Neck Contracture | 596.0 | Hypogonadism | 257.2 | Pyelonephritis, Chronic | 590.00 |
| Calculus - Bladder | 594.1 | HX CA Bladder | V10.51 | Renal Abscess | 590.2 |
| Calculus - Kidney | 592.0 | HX CA Kidney | V10.52 | Renal Contusion | 866.01 |
| Calculus - Ureter | 592.1 | HX CA Testis | V10.47 | Renal Cyst | 593.2 |
| CA Bladder | 188.8 | HX Family Neoplasm | V16.42 | Request Sterilization | V25.2 |
| CA In Suti Of Prostate | 233.4 | HX Personal Neoplasm | V10.89 | Scrotal Abscess | 608.4 |
| CA Kidney | 189.0 | Impotence - Organic | 607.84 | Spermatocele | 608.1 |
| CA Penis | 187.4 | Incontinence - Male | 788.32 | Testis Atrophy | 608.3 |
| CA Prostate | 185. | Incontinence - Mixed | 788.33 | Torsion Testis | 608.2 |
| CA, Ureter | 189.2 | Incontinence - Female | 625.6 | Undescended Testicle | 752.51 |
| Condyloma Acuminatum | 078.11 | Infertility - Male | 606.9 | Ureteral Obstruction Unspecified | 753.20 |
| Contusion, Kidney | 866.01 | Low Sperm Count | 792.2 | Urethral Diverticula | 599.2 |
| Cystitis, Acute | 595.0 | Low Testosterone | 799.81 | Ureteral Reflux | 593.70 |
| Cystitis, Chronic | 595.2 | Neurogenic Bladder | 596.54 | Urethral Stricture | 598.8 |
| Cystitis, Hemorrhagic or Unspecified | 595.9 | Nocturia | 788.43 | Urethritis | 597.80 |
| Cystitis, Interstitial | 595.1 | Nonfunctioning Kidney | 593.9 | Urinary Retention | 788.20 |
| Cystitis, Irradiation | 595.82 | Oligospermia | 606.1 | Urinary Tract Infection | 599.0 |
| Cystocele, Unspecified | 618.0 | Pain-Abdominal,Flank,Groin,Pelvic | 789.00 | UPJ Obstruction | 593.4 |
| Detrusor Instability | 596.59 | Pain-Kidney | 788.0 | Ureteral Stricture | 593.3 |
| Dysuria | 788.1 | Pain-Low Back | 724.2 | Varicocele | 456.4 |
| Enuresis, Nocturnal | 788.36 | Pain-Scrotal,Testicular,Scrotal Mass | 608.89 | Voiding Dysfunction | 788.69 |
| Elevated PSA | 790.93 | Penile Lesion | 709.9 | | |
| Epididymitis - Orchitis | 604.90 | Pelvic Prolapse | 618.89 | | |
| Frequency | 788.41 | Peyronie's Disease | 607.85 | | |

189.0 Renal Cell Carcinoma

| PREVIOUS BALANCE | |
|---|---|
| INS. .00 | PT. .00 |
| TODAYS CHARGES | $101.— |
| ☐ CASH ☐ CHECK PAYMENT | |
| TOTAL DUE | |

REFERRING PHYSICIAN: Freemon Bennett

| OFFICE VISIT - NEW PATIENT | CPT | FEE |
|---|---|---|
| Focused | 99201 | |
| Expanded | 99202 | |
| Detailed | 99203 | |
| Comp. Moderate Complexity | 99204 | |
| Comp. High Complexity | 99205 | |

| OFFICE VISIT - EST. PATIENT | CPT | FEE |
|---|---|---|
| Brief | 99211 | |
| Focused | 99212 | |
| Expanded | 99213 | |
| Detailed | 99214 | 89 |
| Comp. High Complexity | 99215 | |

| OFFICE CONSULTATIONS | CPT | FEE |
|---|---|---|
| Focused | 99241 | |
| Expanded | 99242 | |
| Detailed | 99243 | |
| Comp. Moderate Complexity | 99244 | |
| Comp. High Complexity | 99245 | |

| PROCEDURES | CPT | FEE |
|---|---|---|
| Bilateral Vasectomy | 55250 | |
| Bladder Installation | 51720 | |
| Bladder Ultrasound (Non Medc) | 76775 | |
| Dilate-Stricture Sounds-Male | 53600 | |
| Dilate-Stricture Filiforms-Male | 53620 | |
| Dilate-Sounds Or Dilator-Female | 53660 | |
| Catheterization | 51701 | |
| Catheterization - Foley | 51702 | |
| EPS | 87205 | |
| TR Needle Biopsy | 55700 | |

| PROCEDURES CONT'D | CPT | FEE |
|---|---|---|
| Ultrasonic Guidance | 76942 | |
| Ultrasound | 7687226 | |
| Uroflometry | 51741 | |

| LABORATORY | CPT | FEE |
|---|---|---|
| Acid Phosphatase Prostatic | 84066 | |
| AFP | 82105 | |
| Beta HCG | 84702 | |
| Bun | 84520 | |
| CBC With Diff | 85009 | |
| Creatinine | 82565 | |
| Cytology | 88104 | |
| Electrolytes | 80051 | |
| Liver Profile 63R 2903 | 80076 | |
| PT | 85610 | |
| PTT | 85730 | |
| Prolactin | 84146 | |
| Prostatic Specific Antigen | 84153 | |
| SMA 12 | 80053 | |
| Stone Analysis | 82355 | |
| Testosterone | 84403 | |
| Urine Culture & Sensitivity | 87086 | |
| Urinalysis | 81000 | 12 |

| INJECTIONS | CPT | FEE |
|---|---|---|
| BCG | J9031 | |
| Depotesterone | J1080 | |
| Drug Administration | G0356 | |
| Lupron X4 | J9217 | |
| Pharm. Erection Therapy | 54235 | |
| Erection | Erec | |
| Mitomycin | J9291 | |

RETURN TO CLINIC: ___ Days ___ Weeks 6 Months ___ PRN

**REFERRAL SLIP**

_______________________ has an appointment

with Dr. _______________________

on _______________ at _______________

Their address is as follows: _______________________

_______________________ ph (____) __________

**UROLOGY CLINIC OF MERIDIAN, P.A.**
1302 20TH AVENUE • P.O. BOX 151 • MERIDIAN, MISSISSIPPI 39302-0151
TELEPHONE (601) 693-1055

☑ Robert E. Dilworth, M.D. ☐ Mark T. Phillips, M.D.

☐ MON. ☐ TUE. ☐ WED. ☒ THUR. ☐ FRI.

YOUR NEXT APPOINTMENT: MONTH 5-1 YEAR 08 TIME 2:30 pm

Form **1040X** (Rev. November 2007)

Department of the Treasury - Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0074

This return is for calendar year ▶ 2007 , or fiscal year ended ▶

PLEASE PRINT OR TYPE

| | | |
|---|---|---|
| Your first name and initial: ROSANNA | Last name: MESTETH | Your social security number: 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security no. |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: 497 JAMES BILLIE RD | Apt. no. | Phone number: (601) 656-2087 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 3 of the instructions.: PHILADELPHIA, MS 39350 | | |

A If the address shown above is different from that shown on your last return filed with the IRS, would you like us to change it in our records? ▶ ☐ Yes ☒ No

B Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 3 of the instructions.

| Use Part II on page 2 to explain any changes | | A. Original amount or as previously adjusted (see page 3) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 21,460 | (12,131) | 9,329 |
| 2 Itemized deductions or standard deduction (see page 4) | 2 | 5,350 | | 5,350 |
| 3 Subtract line 2 from line 1 | 3 | 16,110 | (12,131) | 3,979 |
| 4 Exemptions. If changing, fill in Parts I and II on page 2 (see page 4) | 4 | 3,400 | | 3,400 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 12,710 | (12,131) | 579 |
| **Tax Liability** 6 Tax (see page 5). Method used in col. C Tables | 6 | 1,518 | (1,459) | 59 |
| 7 Credits (see page 5) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,518 | (1,459) | 59 |
| 9 Other taxes (see page 5) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 1,518 | (1,459) | 59 |
| **Payments** 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 5 | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | 250 | 250 |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits: Federal telephone excise tax or from Forms 2439, 4136, 8885, or 8801 (if refundable) | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 5) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 250 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 Subtract line 19 from line 18 (see page 6) | 20 | | | 250 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 6 | 21 | | | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 191 |
| 23 Amount of line 22 you want **refunded to you** | 23 | | | 191 |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | | | |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Rosanna Mesteth 5-29-08
Your signature Date

▶ Spouse's signature. If a joint return, **both** must sign. Date

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ [signature] | Date 5/29/2008 | Check if self-employed ☐ | Preparer's SSN or PTIN P00785217 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ H AND R BLOCK EASTERN ENTERPRISE PHILADELPHIA, MS 39350 | EIN 64-0834139 | Phone no. (601) 389-1857 |

Form 1040X (Rev. 11-2007) ROSANNA MESTETH 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 Page 2

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina.

| | Line | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse . . . **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself. | 25 | | | |
| 26 Your dependent children who lived with you . . . | 26 | | | |
| 27 Your dependent children who did not live with you due to divorce or separation . . . | 27 | | | |
| 28 Other dependents . . . | 28 | | | |
| 29 Total number of exemptions. Add lines 25 through 28 . . . | 29 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here. | 30 | | | |
| 31 If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 2 for 2005 or line 6 for 2006 (see instructions for line 4). Otherwise enter -0- . . . | 31 | | | |
| 32 Add lines 30 and 31. Enter the result here and on line 4 . . . | 32 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 4 if the amount on line 1 is over: |
|---|---|---|
| 2007 | $3,400 | $117,300 |
| 2006 | 3,300 | 112,875 |
| 2005 | 3,200 | 109,475 |
| 2004 | 3,100 | 107,025 |

33 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 6) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 33 who:
- lived with you . . . ▶ ☐
- **did not** live with you due to divorce or separation (see page 6) . . . ▶ ☐

Dependents on 33 not entered above . . ▶ ☐

**Part II** **Explanation of Changes**

**Enter the line number from page 1 of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here . . . ▶ ☐

CORRECTION OF ORIGINAL

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . ▶ ☐

Form **1040X** (Rev. 11-2007)


Form Software Copyright 1996 - 2008 H&R Block Tax Services, Inc.