ORIGINAL

FILED
JUN 17 2008
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

Rosanna Mesteth
v.
The United States

Application to Proceed *In Forma Pauperis*

08-449 C

I, Rosanna Mesteth, request to proceed without being required to prepay filing fees. I state that because of my poverty, I am unable to pay such fees; that I believe I am entitled to relief. The nature of my action, or the issues I intend to present are briefly stated as follows: See, attached documents.

In further support of this application, I answer the following questions.

1. Are you presently employed? ___ Yes _√_ No

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. 3-22-88 $ 175.31

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment? ___ Yes ___ No
   b. Rent payments, interest or dividends? ___ Yes ___ No
   c. Pensions, annuities or life insurance payments ___ Yes ___ No
   d. Gifts or inheritances? ___ Yes ___ No
   e. Any other sources? _√_ Yes ___ No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

$ 694.11 - Long Term Disability - mo.
1,099.68 - medical Disability Retirement - mo. Los Angeles County California
$ 1,000.00 - MBCI - Tribal yearly Income

3. Do you own any cash, or do you have money in checking, savings, or any other accounts?

___ Yes ✓ No

If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes,, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

___ Yes ✓ No

If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. NONE

6. Are you a prisoner? ___ Yes ✓ No

If the answer is "Yes", you must submit a certified copy of your trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding your filing of the complaint as required by 28 U.S. C. §1915(a) (2) (2000).

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)

Executed on 3-25-2008 Rosanna y. meslath

(Date) (Signature of Applicant)